IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01989-CMA-KLM

SHARON MURRAY,

     Plaintiff,

v.

HOLYOKE SCHOOL DISTRICT RE-1J,
HOLYOKE SCHOOL BOARD,
HOLYOKE HIGH SCHOOL,
KRIS CAMBLIN, in her individual and official capacities,
LINDA JELDEN, in her individual and official capacities,
DANIEL KAFKA, in his individual and official capacities,
KIMBRA KILLIN, in her individual and official capacities,
JON KING, in his individual and official capacities,
LAURA KROGMEIER, in her individual and official capacities,
JEFF THARP, in his individual and official capacities,
BRET MILES, in his individual and official capacities, and
SUSAN ORTNER, in her individual and official capacities,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendants' **Unopposed Motion to Reschedule Scheduling/Planning Conference** [Docket No. 9; Filed October 9, 2012] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#9] is **GRANTED**.  The Scheduling Conference set for October 31, 2012 at 11:00 a.m. is **vacated** and **RESET** to **January 24, 2013 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **January 18, 2013**.  All other provisions of the Order Setting Scheduling/Planning Conference issued August 2, 2012 [#5] remain in effect.

Dated:  October 10, 2012