**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01989-CMA-KLM

SHARON MURRAY,

    Plaintiff,

v.

HOLYOKE SCHOOL DISTRICT RE-1J,
HOLYOKE SCHOOL BOARD,
HOLYOKE HIGH SCHOOL,
KRIS CAMBLIN, in her individual and officlal capacities,
LINDA JELDEN, in her individual and official capacities,
DANIEL KAFKA, in his individual and official capacities,
JON KING, in his individual and official capacities,
LAURA KROGMEIER, in her individual and official capacities,
JEFF THARP, in his individual and official capacities,
BRET MILES, in his individual and official capacities, and
SUSAN ORTNER, in her individual and official capacities,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF INDIVIDUAL DEFENDANTS AND
ORDER TO AMEND CAPTION**

---

    This matter is before the Court on the parties' Stipulated Motion to Dismiss Individual Defendants With Prejudice (Doc. # 16). The Court has reviewed the Stipulation and ORDERS as follows:

    All claims for relief against individual Defendants Kris Camblin, Linda Jelden, Daniel Kafka, Kimbra Killin, Jon King, Laura Krogmeier, Jeff Tharp, Bret Miles, and Susan Ortner are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pay his or her own costs and attorneys fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of the individual Defendants Camblin, Jelden, Kafka, Killin, King, Krogmeier, Tharp, Miles, and Ortner as Defendants in this case.

DATED:  November   19  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge