IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01989-CMA-KLM

SHARON MURRAY,

    Plaintiff,

v.

HOLYOKE SCHOOL DISTRICT RE-1J,
HOLYOKE SCHOOL BOARD, and
HOLYOKE HIGH SCHOOL,

    Defendants.
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Dismiss Third Claim for Relief Pursuant to Fed. R. Civ. P. 12(b)(5)** [Docket No. 12; Filed October 22, 2012] (the "Motion") submitted by Defendants Kris Camblin, Linda Jelden, Daniel Kafka, Kimbra Killin, Jon King, Laura Krogmeier, Jeff Tharp, Bret Miles and Susan Ortner (collectively, the "Individual Defendants").  Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), the Motion was referred to this Court for recommendation.  [#4, #14]. Plaintiff filed a Response to the Motion on November 12, 2012.  [#17].  The Court has reviewed the Motion, the Response, the case file, and the applicable law, and is sufficiently advised in the premises.  For the reasons stated below, the Court respectfully **RECOMMENDS** that the Motion [#12] be **DENIED AS MOOT**.

Plaintiff explains in the Response [#17] that the parties filed a Stipulated Motion to Dismiss Individual Defendants with Prejudice [#16] on November 12, 2012.  The District Judge subsequently issued an Order Granting Dismissal of Individual Defendants and Order to Amend Caption [#18] on November 19, 2012.  The Order dismissed with prejudice all claims for relief against the Individual Defendants.  [#18] at 1.  Consequently,

IT IS RESPECTFULLY **RECOMMENDED** that the Motion [#12] be **DENIED AS MOOT**.

Pursuant to Fed. R. Civ. P. 72, the parties shall have fourteen (14) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.  A party's failure to serve and file specific, written objections waives de novo review of the Recommendation by the District Judge, Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. *Makin v. CDOC*, 183 F.3d 1205, 1210 (10th Cir. 1999); *Talley v. Hesse*, 91 F.3d 1411, 1412-13 (10th Cir. 1996). A party's objections to this Recommendation must be both timely and specific to preserve an issue for de novo review by the District Court or for appellate review.  *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated:  November 26, 2012

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge