IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01989-CMA-KLM

SHARON MURRAY,

    Plaintiff,

v.

HOLYOKE SCHOOL DISTRICT RE-1J,
HOLYOKE SCHOOL BOARD, and
HOLYOKE HIGH SCHOOL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Stipulated Motion to Amend Scheduling Order** [Docket No. 35; Filed July 22, 2013] (the "Motion"). In the Motion, the parties state that they seek "to extend the deadlines for factual discovery, and for dispositive motions for two (2) weeks." *Motion* [#35] at 1. However, the parties also state that they only "seek a two-week extension of the deadline necessary to take these depositions. . . . [and] do not seek extensions of any other deadlines." *Id.* Further, the parties' proposed order [#35-1] only includes an extension of the discovery deadline and the ultimate paragraph in the Motion [#35] mentions "the deadlines for taking depositions." *Id.* Therefore, it is unclear if the Motion seeks to extend only the discovery deadline or both the discovery deadline and the dispositive motions deadlines. However, because the initial paragraph of the Motion includes both the discovery deadline and the dispositive motions deadline, the Court will interpret the Motion as seeking extensions of both deadlines. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. The Scheduling Order entered on March 6, 2013 [#23] and amended on June 10, 2013 [#30], is further modified to extend the following deadlines:

- Discovery Deadline                                    **August 5, 2013**
- Dispositive Motions Deadline                    **September 9, 2013**

Dated: July 23, 2013