**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01989-CMA-KLM

SHARON MURRAY,

    Plaintiff,

v.

HOLYOKE SCHOOL DISTRICT RE-1J,
HOLYOKE SCHOOL BOARD, and
HOLYOKE HIGH SCHOOL,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendants' Motion for Summary Judgment of Judge Christine M. Arguello entered on June 9, 2014 it is

ORDERED that the judgment is in favor of Defendants Holyoke School District RE-1J; Holyoke School Board; Holyoke High School and against Plaintiff Sharon Murray. It is further

Ordered that this case is DISMISSED WITH PREJUDICE.  It is further

Ordered that the Defendants shall have their costs by the filing of a Bill of Cost with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of June, 2014.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

            By: s/ A. Thomas
                    Deputy Clerk